**FLUOR INTERCONTINENTAL, INC., Appellant,**

v.

**John KERRY, Secretary of State, Appellee.**

No. 2012–1553.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2013.

Patricia A. Millett, Akin Gump Strauss Hauer & Feld LLP, of Washington, DC, argued for appellant. With her on the brief were Thomas P. McLish, Ruthanne M. Deutsch, and Troy D. Cahill; and Anya J. Stein, of Los Angeles, CA of counsel were Edward J. Parrott and Robert M. Fitzgerald, Watt, Tieder, Hoffar & Fitzgerald, LLP, of McLean, VA.

Jeffrey A. Regner, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Kirk T. Manhardt, Assistant Director. Of counsel on the brief were John C. Sawyer and Thomas D. Dinackus, Attorneys, United States Department of State, of Arlington, VA.

Robert A. Long, Covington & Burling LLP, of Washington, DC, for amici curiae. Of counsel on the brief were Robin S. Conrad and Rachel L. Brand, National Chamber Litigation Center, of Washington, DC.

RADER, Chief Judge, LINN, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**